UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

WILLIAM DESENA and
SANDRA W. DUNHAM,
**Plaintiffs**

Civil Action No.  1:11-cv-00117-GZS-DBH-BMS

Vs.

STATE OF MAINE, PAUL LEPAGE,
KEVIN RAYE, ROBERT NUTTING,
CHARLES E. SUMMERS, JR.,
**Defendants**

## ANSWER OF MAINE DEMOCRATIC PARTY

NOW COMES the Maine Democratic Party, by and through its undersigned counsel, and responds to Plaintiffs' Complaint for Declaratory and Injunctive Relief as follows:

1. The allegations set forth in Paragraph 1 are conclusions of law within the jurisdiction of the Court and do not require an answer of the Maine Democratic Party.  To the extent that an answer is required, the Maine Democratic Party is without specific knowledge or information sufficient to form a belief about the truth of the allegations.

2. Paragraph 2 of Plaintiffs' Complaint is a conclusion of law within the jurisdiction of the Court and does not require an answer by the Maine Democratic Party.  To the extent that an answer is required, the Maine Democratic Party denies the same.

3. The Maine Democratic Party admits the allegations contained in the first sentence of Paragraph 3 of Plaintiffs' Complaint.  The remainder of Paragraph 3 is a conclusion of law within the jurisdiction of the Court and does not require an answer.  To the extent that an answer is required, the Maine Democratic Party denies the same.

4. The Maine Democratic Party admits the allegations contained in the first two sentences of Paragraph 4 of Plaintiffs' Complaint. The remainder of Paragraph 4 is a conclusion of law within the jurisdiction of the Court and does not require an answer. To the extent that an answer is required, the Maine Democratic Party denies the same.

5. Paragraph 5 of Plaintiffs' Complaint is a request for relief and does not require an answer.

6. The Maine Democratic Party admits the allegations contained in Paragraph 6 of Plaintiffs' Complaint.

7. The Maine Democratic Party admits the allegations contained in Paragraph 7 of Plaintiffs' Complaint.

8. The Maine Democratic Party admits the allegations contained in Paragraph 8 of Plaintiffs' Complaint.

9. The Maine Democratic Party admits the allegations contained in Paragraph 9 of Plaintiffs' Complaint.

10. The Maine Democratic Party admits the allegations contained in Paragraph 10 of Plaintiffs' Complaint.

11. The Maine Democratic Party admits the allegations contained in Paragraph 11 of Plaintiffs' Complaint.

12. The Maine Democratic Party admits the allegations contained in Paragraph 12 of Plaintiffs' Complaint.

13. The Maine Democratic Party admits the allegations contained in Paragraph 13 of Plaintiffs' Complaint.

14. The Maine Democratic Party admits the allegations contained in Paragraph 14 of Plaintiffs' Complaint.

15. The Maine Democratic Party admits the allegations contained in Paragraph 15 of Plaintiffs' Complaint.

16. The Maine Democratic Party admits the allegations contained in Paragraph 16 of Plaintiffs' Complaint.

17. The Maine Democratic Party admits the allegations contained in Paragraph 17 of Plaintiffs' Complaint.

18. The Maine Democratic Party admits that the Maine Legislature is tasked with redrawing the Congressional Districts, but asserts that it is the 126th Session, not the 125th Session, that is charged by law with that task.

19. The Maine Democratic admits the allegations contained in Paragraph 19 of Plaintiffs' Complaint.

20. The Maine Democratic Party is without sufficient knowledge or information to answer the allegations contained in Paragraph 20 of Plaintiffs' Complaint.

21. The Maine Democratic Party admits the allegations contained in the first two sentences of Paragraph 21 of Plaintiffs' Complaint, and is without sufficient knowledge or information to answer the remaining allegations contained therein.

22. Paragraph 22 of Plaintiffs' Complaint is a conclusion of law within the jurisdiction of the Court and does not require an answer by the Maine Democratic Party. To the extent that an answer is required, the Maine Democratic Party denies the same.

23. Paragraph 23 of Plaintiffs' Complaint is a conclusion of law within the jurisdiction of the Court and does not require an answer by the Maine Democratic Party. To the extent that an answer is required, the Maine Democratic Party denies the same.

24. Paragraph 24 of Plaintiffs' Complaint is a conclusion of law within the jurisdiction of the Court and does not require an answer by the Maine Democratic Party. To the extent that an answer is required, the Maine Democratic Party denies the same.

25. The Maine Democratic Party reasserts and realleges Paragraphs 1 through 24 as if fully set forth herein.

26. Paragraph 26 of Plaintiffs' Complaint is a conclusion of law within the jurisdiction of the Court and does not require an answer by the Maine Democratic Party. To the extent that an answer is required, the Maine Democratic Party denies the same.

27. Paragraph 27 of Plaintiffs' Complaint is a conclusion of law within the jurisdiction of the Court and does not require an answer by the Maine Democratic Party. To the extent that an answer is required, the Maine Democratic Party denies the same.

WHEREFORE, the undersigned respectfully moves that the Court permit the Maine Democratic Party and be heard on the substantive issues in this matter and on any proposed remedy should the Court find constitutional infirmities with the current apportionment schedule.

Dated April 26, 2011

Respectfully submitted,

s/s Janet T. Mills
Preti Flaherty Beliveau & Pachios, LLP
45 Memorial Circle
P.O. Box 1058
Augusta, ME 04332-1058
Email: jmills@preti.com
Telephone: 207-623-5300

4