# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM DESENA and SANDRA W. DUNHAM, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF MAINE, et al., <br><br> Defendants. | Docket No. 1:11-cv-117-GZS-DBH-BMS |

## PARTIES' JOINT STIPULATED FACTS

William Desena and Sandra W. Dunham ("Plaintiffs"), by and through their undersigned counsel; the State of Maine, Paul LePage, Kevin Raye, Robert Nutting, Charles E. Summers, Jr., and the Bureau of Corporations, Elections & Commissions ("Defendants"), by and through their undersigned counsel; and the Intervenor Maine Democratic Party ("Intervenor"), by and through their undersigned counsel, (collectively, the "Parties"), hereby submit the Parties' Joint Stipulated Facts pursuant to the Court's Scheduling Order of April 28, 2011.

## Stipulated Facts

1. The Federal Bureau of the Census reports that in 2000 the State of Maine had a total population of 1,274,923.

2. The State of Maine has two congressional districts, Congressional District 1 and Congressional District 2.

3. The congressional districts were reapportioned in 2003 by the Maine

Supreme Judicial Court. *In re 2003 Apportionment of the State Senate and the United States Congressional Districts,* 827 A.2d 844 (Me. 2003).

4. After the reapportionment in 2003, using the 2000 census figures the number of people in Congressional District 1 was 637,450 and the number of residents in Congressional District 2 was 637,473.

5. There is no paragraph 5.

6. The data from the 2010 federal decennial census was provided to the State of Maine in accordance with federal law on or about March 24, 2011.

7. The Federal Bureau of the Census reports in the 2010 decennial census that Maine's total population is 1,328,361 residents.

8. The Federal Bureau of the Census reports in the 2010 decennial census that the total population of Congressional District 1 is 668,515 residents.

9. The Federal Bureau of the Census reports in the 2010 decennial census that the total population of Congressional District 2 is 659,846 residents.

10. The boundaries of the current congressional districts are the same boundaries drawn in 2003 by the Maine Supreme Judicial Court (see map attached as Exhibit A).

11. Under the 2010 federal decennial census there are 8,669 more people in Congressional District 1 as currently configured than there are in Congressional District 2 as currently configured.

12. Based on the 2010 census data, absolute population equality would require 664,180 to 664,181 people in each congressional district.

13. There is no paragraph 13.

14. Title 21-A, Section 1206 of the Maine Revised Statutes, and Article IV, Part Third, Section 1-A of the Constitution of the State of Maine, direct the Maine Legislature to review the existing congressional districts in the year 2013.

15. The first regular session of the 125th Maine Legislature convened on December 1, 2010, and is scheduled to adjourn on June 15, 2011.

16. Candidates for Representative to Congress who wish to be nominated by a major party may begin collecting signatures on primary nomination petitions on January 1st of the year in which the election is to be held – *e.g.,* January 1, 2012. 21-A M.R.S. § 335 (6).

17. To qualify for the primary ballot, each candidate must collect signatures on primary nomination petitions from "at least 1,000 and not more than 1,500 voters" of the electoral district which is to make the nomination. *Id.* at § 335(2) & (5)(C).

18. A primary petition must be turned in no later than "March 15th of the election year in which it is to be used," *e.g.,* March 15, 2012. *Id.* at § 335(8).

19. The primary elections are to be held on the second Tuesday of June "of each general election year," *e.g.,* June 12, 2012. *Id.* at § 339.

| DATED this 20th day of May, 2011 | PLAINTIFFS WILLIAM DESENA AND SANDRA W. DUNHAM |

/s/ Timothy C. Woodcock
Timothy C. Woodcock, Esq.
EATON PEABODY
80 Exchange Street
P.O. Box 1210
Bangor, ME 04402-1210
(207) 947-0111
twoodcock@eatonpeabody.com

Attorney for Plaintiffs

DEFENDANTS STATE OF MAINE, PAUL LEPAGE, KEVIN RAYE, ROBERT NUTTING, CHARLES E. SUMMERS AND BUREAU OF CORPORATIONS, ELECTIONS & COMMISSIONS

/s/ Paul Stern
Paul Stern
Deputy Attorney General
paul.d.stern@maine.gov
Phyllis Gardiner
phyllis.gardiner@maine.gov
Six State House Station
Augusta, Maine 04333
(207) 626 8568

Attorneys for Defendants


INTERVENOR MAINE DEMOCRATIC PARTY

/s/ Janet T. Mills
Janet T. Mills, Esq.
Preti Flaherty Beliveau & Pachios, LLP
45 Memorial Circle
P.O. Box 1058
Augusta, ME 04332-1058
jmills@preti.com
Tel.: 207-623-5300

Attorney for Intervenor