The Judiciary Committee has a proposal which sidesteps the difficulties created by the definition of a public place, and it also sidesteps the difficulties created by making public drinking a Class E crime. I think that we should indefinitely postpone this bill at this time and come to a good solution by accepting the Judiciary Committee's report.

The SPEAKER: The Chair recognizes the gentleman from Old Town, Mr. Pearson.

Mr. PEARSON: Mr. Speaker, I request that when the vote is taken, it be taken by the yeas and nays.

The SPEAKER: For the Chair to order a roll call, it must have the expressed desire of one fifth of the members present and voting. All those desiring a roll call vote will vote yes; those opposed will vote no.

A vote of the House was taken, and more than one fifth of the members present having expressed a desire for a roll call, a roll call was ordered.

The SPEAKER: The Chair recognizes the gentleman from Fairfield, Mr. Gwadosky.

Mr. GWADOSKY: Mr. Speaker, Ladies and Gentlemen of the House: I guess I feel a little ill at ease and I don't know exactly what to say right now because I kind of anticipated that this bill, one of the many drinking bills, was going to be allowed to have its first and second reading and then we could get together and compare the five or six drinking bills that we have before us.

I am a little concerned now, because this bill seems to be going down and it is a bill that was out of our committee some two months ago. I can't remember exactly everything we did at that time, but what I do remember is that it was a unanimous committee report out of the Committee on Legal Affairs. It was tabled at that time so they could compare all the bills. I am not a member of leadership, I don't know how the bill was let out, I don't know who took it off the unassigned table or switched back and forth, but it seems to me that if we can get this to second reading, allow us to offer the amendment, perhaps we could do something with this bill.

I don't think it is any surprise this morning, that everybody knows the impetus of this bill came because of the problems, the riot problems, they had at Old Orchard Beach. But the practical applications are to solve the problems that you are having in front of your homes back home. To use an example, I think we can best illustrate the type of problems you are seeing, let's say there is a group of kids or a group of men or there is a group of women and they are in the parking lot having a few beers and they are raising the devil. What can our police departments do right now? You have heard people mention this morning that they can write them up a summons, at which point they say, well, my name is Charlie Brown, my name is Donald Duck. They play a game, we played a game before, the kids are street-wise. They can order them to disperse, at which point they go around the corner and then come back again later.

Let's say there is a group of kids hanging in the park, they are drinking beer, they are sitting on a car, there are beer cans on the car, what can they do? There is not a thing they can do because our law right now says you have to be drinking before they can arrest you. So a police officer can go over to the car, there are beer cans all over the car and he can't do a thing.

The enforcement authorities are simply asking for a tool, a tool they can utilize and a tool that we can provide by passing a law such as this.

Of course you have got to look at the other side. On the other side, we are saying if you drink in a public place, we are saying that drinking in a public place is illegal, and I am sure that there are many members here that like to go to the beach or a park and have a beer. I am sure there are members of our committee that like to do that, and I know from the testimony this morning that there are members of the Fisheries and Wildlife that enjoy that type of thing, well, that is all right, but the members of our committee felt that we could sacrifice that beer or that drink in order to solve this bigger problem.

All we are asking is that we be allowed to pass this bill, put on our amendment and then we will compare all the bills.

The SPEAKER: A roll call has been ordered. The pending question is on the motion of the gentleman from Lincoln, Mr. MacEachern, that this Bill and all its accompanying papers be indefinitely postponed. All those in favor will vote yes; those opposed will vote no.

ROLL CALL

YEA—Aloupis, Armstrong, Bell, Bordeaux, Brannigan, Brenerman, Brown, K.L.; Carter, Chonko, Connolly, Damren, Davies. Erwin, Gavett, Hall, Jacques, Joyce, Kany, Kelleher, Lewis, Livesay, MacEachern, Mahany, McCollister, McGowan, Michael, Michaud, O'Rourke, Paradis, E.; Pearson, Reeves, J.; Salsbury, Theriault, Twitchell, Vose.

NAY—Austin, Baker, Beaulieu, Benoit, Berube, Boisvert, Brodeur, Brown, A.; Brown, D.; Cahill, Callahan, Carrier, Carroll, Clark, Conary, Conners, Cox, Crowley, Curtis, Davis, Day, Dexter, Diamond, J.N.; Dillenback, Dudley, Fitzgerald, Foster, Gowen, Gwadosky, Hanson, Hayden, Hickey, Higgins, H.C.; Higgins, L.M.; Hobbins, Holloway, Huber, Hutchings, Ingraham, Jackson, Jalbert, Jordan, Kane, Ketover, Kiesman, Kilcoyne, Lancaster, LaPlante, Lisnik, Locke, Lund, MacBride, Macomber, Manning, Masterman, Masterton, Matthews, McHenry, McKean, McPherson, McSweeney, Mitchell, E.H.; Mitchell, J.; Murphy, Nadeau, Nelson, A.; Nelson, M. Norton, Paradis, P.; Paul, Perkins, Perry, Peterson, Post, Pouliot, Prescott, Racine, Randall, Reeves, P.; Richard, Ridley, Rolde, Sherburne, Small, Smith, C.B.; Smith, C.W.; Soulas, Soule, Stevenson, Stover, Strout, Studley, Swazey, Telow, Thompson, Treadwell, Tuttle, Walker, Webster, Wentworth, Weymouth.

ABSENT—Boyce, Cunningham, Diamond, G.W.; Drinkwater, Fowlie, Gillis, Hunter, Laverriere, Martin, A.; Martin, H.C.; Moholland, Post, Roberts, Tarbell, The Speaker.

Yes, 35; No, 100; Absent, 15; Vacant, 1.

The SPEAKER: Thirty-five having voted in the affirmative and one hundred in the negative, with fifteen being absent, the motion does not prevail.

Thereupon, the Report was accepted in concurrence and the Bill read once. Committee Amendment "A" (S-84) was read by the Clerk.

On motion of Mr. Cox of Brewer, Committee Amendment "A" was indefinitely postponed in concurrence.

Thereupon, under suspension of the rules, the Bill was read the second time.

Mr. Murphy of Kennebunk offered House Amendment "B" and moved its adoption.

House Amendment "B" (H-458) was read by the Clerk.

The SPEAKER: The Chair recognizes the gentleman from Lincoln, Mr. MacEachern.

Mr. MacEACHERN: Mr. Speaker, a question to the amendment. Does this amendment take care of the section that the proposed amendment might take care of?

The SPEAKER: The gentleman from Lincoln, Mr. MacEachern, has posed a question through the Chair to the gentleman from Kennebunk, Mr. Murphy, who may answer if he so desires, and the Chair recognizes that gentleman.

Mr. MURPHY: Mr. Speaker, yes, it does.

The SPEAKER: The Chair recognizes the gentleman from Bangor, Mr. Tarbell.

Mr. TARBELL: Mr. Speaker, Ladies and Gentlemen of the House: Does this amendment take care of the technical problems of defining a public place?

The SPEAKER: The gentleman from Bangor, Mr. Tarbell, has posed a question through the Chair to anyone who may care to answer.

The Chair recognizes the gentleman from Kennebunk, Mr. Murphy.

Mr. MURPHY: Mr. Speaker, yes, it does. I move that we table this for one day.

On motion of Mr. Hobbins of Saco, tabled pending adoption of House Amendment "B" and tomorrow assigned.

On motion of Mr. Diamond of Windham, the following matter was removed from the Unassigned Table:

Bill "An Act to Authorize Municipal Ordinances Preventing Drinking in Public." (H.P. 146) (L.D. 172)

Thereupon, the Bill was assigned for second reading tomorrow.

The Chair laid before the House the following matter:

Bill "An Act to Require Approval by the Public Utilities Commission of any Transfer of a Controlling Interest of the Stock of a Public Utility" (H.P. 477) (L.D. 534) which was tabled and later today assigned pending acceptance of the Majority "Ought to Pass" Report.

On motion of Mr. Davies of Orono, retabled pending the motion of Mr. Vose of Eastport to accept the Majority "Ought to Pass" Report and tomorrow assigned.

The Chair laid before the House the following matter:

Bill "An Act to Establish an Emergency Radiological Response System" (H.P. 923) (L.D 1094) which was tabled and later today assigned pending acceptance to Report B, "Ought to Pass" in New Draft (H.P. 1518) (L.D. 1633)

On motion of Mr. Hall of Sangerville, tabled pending motion to accept Report B and tomorrow assigned.

The Chair laid before the House the following matter:

Bill "An Act to Require Periodic Reapportioning of Districts for Election of Representatives to Congress" (H.P. 1120) (L.D. 1337) (C. "A" H-370) which was tabled and later today assigned pending passage to be engrossed.

Mrs. Masterton of Cape Elizabeth offered House Amendment "A" and moved its adoption.

House Amendment "A" (H-460) was read by the Clerk and adopted.

On motion of Mrs. Masterton of Cape Elizabeth, under suspension of the rules, the House reconsidered its action whereby Committee Amendment "A" was adopted and on motion of the same gentlewoman, the Amendment was indefinitely postponed.

The Bill was passed to be engrossed as amended by House Amendment "A" and sent up for concurrence.

The SPEAKER: The Chair recognizes the gentleman from Bangor, Mr. Kelleher.

Mr. KELLEHER: Mr. Speaker, but I would like to know what Mrs. Masterton did.

The SPEAKER: The gentleman from Bangor, Mr. Kelleher, has posed a question through the Chair to the gentlewoman from Cape Elizabeth, Mrs. Masterton, who may answer if she so desires, and the Chair recognizes that gentlewoman.

Mrs. MASTERTON: Mr. Speaker, Ladies and Gentlemen of the House: Very briefly, what we have done, during the two or so days that this bill and its amendment was tabled, we have had some discussion as to just when the congressional districting ought to take place, whether it should take place this year, in 1981, since we have received advance census figures, or whether it should take place in 1983, when the House and Senate will be reapportioned by a commission that is set up in the Constitution.

After much research and discussion, we have decided that it is safer for us to wait until 1983, and there are three court cases pending appeal to the Supreme Court regarding challenges to the census count that was taken in 1980. So, this amendment, under the filing number of H-460, sets up a procedure in the statute for piggybacking the congressional reapportionment onto the reapportionment that we will be doing in 1983 under our Constitution for the Maine House and Senate, and that is all there is to it.

I apologize, but we were trying for brevity.

The SPEAKER: The Chair recognizes the gentleman from Bangor, Mr. Kelleher.

Mr. KELLEHER: Mr. Speaker, after the explanation from the gentlelady from Cape Elizabeth, Mrs. Masterton, I withdraw my motion to reconsider.

---

The Chair laid before the House the following matter:

An Act to Require Public Hearings Prior to Proposing Exchanges of Public Reserve Lands (S.P. 455) (L.D. 1301) (C. "A" S-250) which was tabled and later today assigned pending passage to be enacted.

On motion of Mr. Hall of Sangerville, tabled pending passage to be enacted and specially assigned for Tuesday, May 26.

---

Reference was made to (S.P. 92) L.D. 208) Bill "An Act to Undedicate Funds Received from Public Reserved Lands"

In reference to the action of the House on Thursday, May 21, whereby it Insisted and Joined in Committee of Conference, the Chair appointed the following members on the part of the House as conferees:

Representative HALL of Sangerville
Representative JACQUES of Waterville
Representative MARTIN of Eagle Lake

---

Reference was made to (H.P. 1176) (L.D. 1400) Bill "An Act to Add a Class Size Adjustment to the School Finance Act"

In reference to the action of the House on Wednesday, May 20 whereby it Insisted and asked for a Committee of Conference, the Chair appointed the following Conferees on the part of the House:

Representative ROLDE of York
Representative THOMPSON of South Portland
Representative MURPHY of Kennebunk

---

On motion of Mr. Nadeau of Lewiston,

Adjourned until nine o'clock tomorrow morning.