UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM DESENA and SANDRA W. DUNHAM, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Docket No. 1:11-cv-117-GZS-DBH-BMS<br>) |
| STATE OF MAINE, et al., | )<br>) |
| Defendants. | )<br>) |

## ORDER FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFFS

WHEREAS, Plaintiffs William DeSena and Sandra W. Dunham ("Plaintiffs") filed a Complaint for Declaratory and Injunctive Relief seeking, *inter alia*, a declaratory judgment that the current congressional districts in Maine are malapportioned and dilute Plaintiffs' right to vote in violation of the United States Constitution, and to enjoin Defendants the State of Maine, Paul LePage, Kevin Raye, Robert Nutting, Charles E. Summers, Jr., and the Bureau of Corporations, Elections & Commissions ("Defendants") from using the current congressional districts in any future primary or general election(s), including the upcoming 2012 elections (Compl. for Declaratory and Injunctive Relief, at Prayer for Relief ¶¶ c–d.);

WHEREAS, Plaintiffs, Defendants, and Intervenor Maine Democratic Party (collectively, the "Parties") have stipulated that "[u]nder the 2010 federal decennial census there are 8,669 more people in Congressional District 1 as currently configured than there are in Congressional District 2 as currently configured." (Parties' Joint Stipulated Facts ¶ 11.);

WHEREAS, the Parties have stipulated that, based on data from the 2010 federal decennial census, "absolute population equality would require 664,180 to 664,181 people in each congressional district." (Parties' Joint Stipulated Facts ¶ 12.);

WHEREAS, the Parties have stipulated that the Federal Bureau of the Census reports

that, as of the 2010 decennial census, the "population of Congressional District 1 is 668,515 residents" and the "population of Congressional District 2 is 659,846." (Parties' Joint Stipulated Facts ¶¶ 8–9.);

WHEREAS, Defendants admit that the 2010 federal decennial census data "shows a population variance between existing districts that could be narrowed to more closely achieve the standard of equality established by the Supreme Court." (State Defs.' Opening Br. 9.);

WHEREAS, Defendants admit that the State of Maine "is constitutionally required to make a good faith effort to achieve that standard, by undertaking an apportionment process before the next Congressional election." (State Defs.' Opening Br. 9.);

WHEREAS, Defendants admit that the State of Maine's apportionment scheme, which dictates that reapportionment take place in the year 2013, following congressional elections in 2012, "is unconstitutional as applied." (State Defs.' Opening Br. 9.);

WHEREAS, Plaintiffs do not challenge the facial constitutionality of Maine's reapportionment scheme or process and do not seek to invalidate Maine's statutory scheme or process for reapportionment (Compl. for Declaratory and Injunctive Relief ¶¶ 1-5, 18-27, Prayer for Relief ¶¶ a–g.);

WHEREAS, judicial economy and prudential considerations militate against nonetheless considering the facial validity of Maine's statutory scheme or process for reapportionment;

WHEREAS, no material facts are in dispute and Defendants have conceded that it would be unconstitutional not to redraw the State of Maine's congressional districts prior to the 2012 election cycle;

Now, therefore, the Court ORDERS as follows:

1. The State of Maine's congressional districts, as currently configured, are declared

and adjudged to be unconstitutional under Article I, section 2 of the United States Constitution;

2. Defendants are enjoined from using the congressional districts, as currently configured, in any future primary or general election(s), including but not limited to the elections scheduled to take place in the year 2012;

3. Defendants will present to the Court a new plan for new congressional districts by or before December 1, 2011;

4. Plaintiffs are the prevailing party; and

5. The Court will retain jurisdiction over this matter until such time as either the Defendants produce a constitutional plan for congressional districts, or, if the Defendants are unable to produce a constitutional plan, the Court itself undertakes to redraw the congressional districts.

IT IS SO ORDERED THIS ____ day of June, 2011.

_____
The Honorable George Z. Singal
United States District Judge

Copies to:

Timothy C. Woodcock, Esq.
EATON PEABODY
80 Exchange Street
P.O. Box 1210
Bangor, ME  04402-1210
(207) 947-0111
twoodcock@eatonpeabody.com

*Attorneys for Plaintiffs William DeSena
and Sandra W. Dunham*


Paul Stern
Deputy Attorney General
paul.d.stern@maine.gov
Phyllis Gardiner
phyllis.gardener@maine.gov
Six State House Station
Augusta, ME  04333
(207) 626-8568

*Attorneys for Defendants State of Maine,
Paul LePage, Kevin Raye, Robert Nutting,
Charles E. Summers, and Bureau of
Corporations, Elections & Commissions*


Janet T. Mills
PRETI FLAHERTY BELIVEAU & PACHIOS, LLP
45 Memorial Circle
P.O. Box 1058
Augusta, ME  04332-1058
(207) 623-5300

*Attorneys for Intervenor Maine Democratic Party*