# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM DESENA & SANDRA DUNHAM, | )<br>)<br>) |
| Plaintiffs, | )<br>) Docket No. |
| v. | ) 1:11-cv-117-GZS-DBH-BMS<br>) |
| PAUL LEPAGE, in his official capacity as Governor of the State of Maine, et al. | )<br>)<br>) |
| Defendants. | ) |

## ORDER REGARDING PLAN FOR REDISTRICTING

The panel has reviewed and discussed the proposed orders and comments on said orders (Docket #s 25-29 & 31), all of which were filed in accordance with the Court's June 9, 2011 oral order (Docket # 22). In furtherance of this Court's June 21, 2011 Memorandum and Order (Docket # 33), the Court now hereby ORDERS:

1. All Defendants shall proceed forthwith with the process of redistricting in accordance with the June 21, 2011 Memorandum and Order.

2. Defendants shall file regular status reports on the docket regarding the progress of their redistricting efforts. The first status report shall be filed on or before July 5, 2011. Additional status reports shall be filed every twenty days thereafter. All other parties may comment or supplement a status report by filing a response on the docket within five days of the filing of any status report.

3. The Court anticipates that the Maine Legislature will complete its redistricting work no later than September 30, 2011. To the extent that the Maine Supreme Judicial Court plays any role in the redistricting for the 2012 congressional election, the Court anticipates the Maine Supreme Judicial Court will complete its work no later than November 15, 2011. If a redistricting plan based on the 2010 census data is not adopted in accordance with these deadlines, the Court will proceed with its own reapportionment of Maine's congressional districts in order to cure the Constitutional violation prior to January 1, 2012.

4. If at any point the Court determines that Defendants are not acting expeditiously to complete reapportionment in accordance with the orders of this Court, the Court may issue additional orders on or before November 15, 2011 in order to put into place a schedule that allows this Court to complete redistricting by the end of this year.

5. The parties shall appear for a conference of counsel before Judge Singal on July 6, 2011 at 11:00 AM. If all parties are not available at this time, they shall immediately contact Judge Singal's case manager to reschedule the conference for another time during the week of July 5, 2011. The purpose of this conference shall be to discuss establishing a mechanism for the parties to collect and provide to the Court any and all demographic data that is relevant to the redistricting process. While the Court only anticipates needing this data if Defendants do not comply with the deadlines set forth in this Order, the Court wishes to have such data available in a useable format no later than November 15, 2011.

6. This Court shall retain jurisdiction until completion of the redistricting process and the entry of a final order of this Court.

SO ORDERED.

    /s/ George Z. Singal
    United States District Judge

Dated this 22nd day of June, 2011.