# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM DESENA and SANDRA W. DUNHAM,<br>　　　　Plaintiffs<br>v.<br><br>STATE OF MAINE, et al.,<br>　　　　Defendants | Docket No. 1:11-cv-117-GZS-DBH-BMS |

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS STATE OF MAINE AND BUREAU OF CORPORATIONS, ELECTIONS & COMMISSIONS AS DEFENDANTS

On June 9, 2011, Plaintiffs, William Desena and Sandra Dunham, moved orally to dismiss Defendants, the State of Maine and the Bureau of Corporations, Elections and Commissions, an office of the State of Maine, on the grounds that the Plaintiffs' claims against those entities are barred by the Eleventh Amendment to the United States Constitution.

The State of Maine and the Bureau of Corporations, Elections and Commissions and the Maine Democratic Party did not oppose Plaintiffs' motion.

WHEREFORE, IT IS HEREBY ORDERED THAT, Plaintiffs' Motion to Dismiss the State of Maine and the Bureau of Corporations, Elections and Commissions is GRANTED and those parties are hereby DISMISSED from this case.

DATED: June 24, 2011

　　　　　　　　　　　　　　　　　　/s/ George Z. Singal
　　　　　　　　　　　　　　　　　　George Z. Singal
　　　　　　　　　　　　　　　　　　U.S. District Judge