# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM DESENA & <br> SANDRA DUNHAM, <br><br> Plaintiffs, <br><br> v. <br><br> PAUL LEPAGE, in his official capacity as <br> Governor of the State of Maine, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Docket No. <br> ) 1:11-cv-117-GZS-DBH-BMS <br> ) <br> ) <br> ) <br> ) <br> ) |

## PROCEDURAL ORDER FOLLOWING CONFERENCE

A conference of counsel was held on July 6, 2011 before this Judge. Based on the Defendants' First Status Report (Docket # 37) and the representations of counsel at the conference, it appears that the Maine Legislature has established a Commission to Reapportion Maine's Congressional Districts and that most, if not all, members of the Commission have been named. All sides indicated that they expect the Commission will submit its report to the Maine Legislature by August 31, 2011 and that the Maine Legislature will, in turn, act on the Commission's recommendations during a special session in September 2011.

Following the Conference, the Court hereby ORDERS:

1. Defendants' future status reports shall include a description of the documents and electronically stored information that have been produced by the Commission in the intervening time period. To the extent these materials may be readily attached to the status report, Defendants shall file the materials along with the status report. Alternatively, Defendants' status report shall propose an alternative method for preserving and producing this information for review by the parties and the Court.

2. Defendants' next status report shall include a detailed description of the software programs being used by the Commission. Defendants shall indicate whether the Court would need the same or other compatible software should it need to proceed with redistricting and provide information regarding how the Court might secure any necessary software.

1

3. While it appears that Defendants are currently acting expeditiously to complete reapportionment in accordance with the orders of this Court, all parties are reminded that the Court may issue additional orders on or before November 15, 2011 in order to put into place a schedule that allows this Court to complete redistricting by the end of this year. Such a schedule may require any party to produce a proposed redistricting plan to this Court on a very expedited schedule. The parties were advised to prepare accordingly. The Court notes that Defendants indicated on the record that the Maine Attorney General likely would not present its own plan to this Court. Rather, the State Defendants anticipate simply defending any redistricting plan that had been approved via the State's process.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 7th day of July, 2011.