# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM DESENA and <br> SANDRA W. DUNHAM, <br> <br>       Plaintiffs <br> <br>     v. <br> <br> PAUL LEPAGE, KEVIN RAYE, <br> ROBERT NUTTING, and CHARLES <br> E. SUMMERS, JR., <br> <br>       Defendants. | Civil No. 1:11-cv-00117-GZS-DBH-BMS |

## DEFENDANTS' FOURTH STATUS REPORT

In accordance with this Court's Orders of June 22, 2011 (Docket Item 34) and July 7, 2011 (Docket Item 39), the State Defendants hereby submit their fourth status report on the progress of Congressional redistricting.

    1.    The Commission to Reapportion Maine's Congressional Districts has met twice since the defendants' last report to the court: once on August 23 and again on August 30.

    2.    At the meeting on August 23, Commission members representing the Democratic Party and Republican Party caucuses presented their respective redistricting plans, and the Commission heard testimony from the public. Minutes of this meeting are attached hereto as Exhibit 2. (Minutes of the August 15

1

meeting, which was described in the defendant's last status report, are attached hereto as Exhibit 1.)  The Commission did not take any formal action at this meeting.

3. At the subsequent meeting on August 30, Commission member Senator Seth Goodall, on behalf of the Democratic Party caucus, presented a third and final proposed Democratic redistricting plan, known as the "Vassalboro-Gardiner" plan.  On behalf of the Republican Party caucus, Commission member Senator Deborah Plowman presented two proposed Republican redistricting plans: the plan initially presented on July 23 and August 15, now known as the "C-3" or "Western Maine" plan, and a new compromise plan referred to as the "B-6" or "Cumberland-Lincoln" plan.

4. Each Commission member was given an opportunity to speak and to indicate a preference for a particular plan.  All seven Democratic members preferred the "Vassalboro-Gardiner" plan, and all seven Republican members supported one or both Republican plans.   The Chairman then spoke and stated his preference for the "Vassalboro-Gardiner" plan.

5. A motion to recommend the "Vassalboro-Gardiner" plan was approved by a vote of 8 to 7.  Senator Plowman then indicated that the Republican members would put forth the C-3 plan as the minority report.

6. The Democratic majority report is attached as Exhibit 3A, with an accompanying power point presentation explaining the "Vassalboro-Gardiner" plan, attached as Exhibit 3B.

7. The Republican minority report is attached as Exhibit 4.

8. Both reports have been submitted to the Legislature, and the Commission thus concluded its work. A complete record of the Commission's proceedings is available in the State Law and Legislative Reference Library (including all public comments). We are not sure that the Court wants all of these documents as many of them are substantively duplicative of the majority and minority reports. If the Court does want them, we will have copies made and sent to the Court and the parties.

9. The Legislature is scheduled to convene on September 27, 2011, to consider whether to adopt one of the plans presented in the Commission reports or to adopt its own alternative plan.

10. Defendants respectfully request that the Court set the deadline for submission of their next status report on a date shortly after September 27, so that defendants will be able to report what action the Legislature has taken.

DATED: September 6, 2011	Respectfully submitted,

WILLIAM J. SCHNEIDER
Attorney General


/s/ Phyllis Gardiner
PHYLLIS GARDINER
Assistant Attorney General
phyllis.gardiner@maine.gov
Tel. (207) 626-8830

/s/ Paul Stern
PAUL STERN
Deputy Attorney General
paul.d.stern@maine.gov
Tel. (207) 626-8568
Six State House Station
Augusta, Maine 04333-0006

Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on this, the 6th day of September 2011, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following registered participants:

Timothy C. Woodcock, Esq.
EATON PEABODY
80 Exchange Street
P.O. Box 1210
Bangor, ME 04402-1210
Tel. (207) 947-0111
twoodcock@eatonpeabody.com

Janet T. Mills, Esq.
Preti Flaherty Beliveau & Pachios, LLP
45 Memorial Circle
P.O. Box 1058
Augusta, ME 04332-1058
Tel. (207) 623-5300
jmills@preti.com

To my knowledge, there are no non-registered parties or attorneys participating in this case.

> PAUL STERN
> Deputy Attorney General
> paul.d.stern@maine.gov
> Tel. (207) 626-8568
> Six State House Station
> Augusta, Maine  04333-0006