## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| WILLIAM DESENA and <br> SANDRA W. DUNHAM, | ) <br> ) <br> ) | |
| Plaintiffs | ) <br> ) | |
| v. | ) <br> ) | Civil No. 1:11-cv-00117- <br> GZS-DBH-BMS |
| PAUL LEPAGE, KEVIN RAYE, <br> ROBERT NUTTING, and CHARLES <br> E. SUMMERS, JR., | ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |

### DEFENDANTS' FIFTH STATUS REPORT

In accordance with this Court's Orders of June 22, 2011 (Docket Item 34) and July 7, 2011 (Docket Item 39), the State Defendants hereby submit their fifth status report on the progress of Congressional redistricting.

1.    On September 27, 2011, at a special session, both houses of the Maine Legislature approved legislation adopting new Congressional districts based on the 2010 federal decennial census.  The legislation resulted from a compromise reached by the leadership of the Republican and Democratic parties.  It was approved by overwhelming majorities in both chambers of the Legislature, with a final vote of 140-3 in the House and 35-0 in the Senate.

2.      The approved redistricting plan moves the municipalities of

Waterville and Winslow from the Second District into the First District, and shifts

the municipalities of Albion, Belgrade, Gardiner, Monmouth, Mount Vernon,

Randolph, Rome, Sidney, Vienna and West Gardiner, plus Unity Township from

the First District to the Second District.  All of the affected municipalities are in

Kennebec County, which is the only county divided between the two congressional

districts.

3.      The population variance between the reconfigured districts is one

vote, with the First District having a population of 664,180 and the Second District

664,181.

4.      A copy of the legislation passed by the Legislature yesterday and

signed by Governor LePage this afternoon, is attached as Exhibit 1.

DATED:      September 28, 2011                    Respectfully submitted,

                                                 WILLIAM J. SCHNEIDER
                                                 Attorney General


                                                 /s/ Phyllis Gardiner
                                                 PHYLLIS GARDINER
                                                 Assistant Attorney General
                                                 phyllis.gardiner@maine.gov
                                                 Tel.  (207) 626-8830

PAUL STERN
Deputy Attorney General
paul.d.stern@maine.gov
Tel. (207) 626-8568
Six State House Station
Augusta, Maine  04333-0006

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 28th day of September 2011, I electronically

filed the above document with the Clerk of Court using the CM/ECF system,

which will send notification of such filing to the following registered participants:

Timothy C. Woodcock, Esq.
EATON PEABODY
80 Exchange Street
P.O. Box 1210
Bangor, ME 04402-1210
Tel. (207) 947-0111
twoodcock@eatonpeabody.com

Janet T. Mills, Esq.
Preti Flaherty Beliveau & Pachios, LLP
45 Memorial Circle
P.O. Box 1058
Augusta, ME 04332-1058
Tel. (207) 623-5300
jmills@preti.com

To my knowledge, there are no non-registered parties or attorneys

participating in this case.

/s/ Phyllis Gardiner
PHYLLIS GARDINER
Assistant Attorney General
Phyllis.Gardiner@maine.gov
Six State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8800
Fax (207) 287-3145

Attorney for defendants