## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM DESENA & SANDRA DUNHAM, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Docket No. 1:11-cv-117-GZS-DBH-BMS |
| PAUL LEPAGE, in his official capacity as Governor of the State of Maine, et al. ) ) ) ) | |
| Defendants. ) | |

### ORDER TO SHOW CAUSE

This Court had retained jurisdiction of this matter following its June 21, 2011 decision (Docket # 33) in order to ensure that Maine's congressional districts were constitutionally apportioned prior to the 2012 congressional elections. Based upon review of the Defendants' Fifth Status Report (Docket # 43), it appears that Defendants have completed the redistricting process and thereby cured any malapportionment well in advance of the 2012 election season. Therefore, the parties are hereby ORDERED TO SHOW CAUSE why the Court should not proceed to enter judgment in this matter. Any response to this Order shall be filed no later than October 17, 2011.

Absent good cause for delaying entry of judgment, the parties shall promptly confer and attempt to reach agreement on a proposed judgment. Failing an agreement, each party may file its own proposed judgment for the Court's review. Any proposed judgment shall be filed no later than October 31, 2011.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 3rd day of October, 2011.