EXHIBIT A

# Baker Hostetler

Eaton Peabody
P.O. Box 1210
80 Exchange Street
Bangor, ME 04402-1210

Invoice Date: 03/05/2012
Invoice Number: 1446736
B&H File Number: 01735/091704/000001
Taxpayer ID Number: 34-0082025
Page 1

---

Regarding:     Maine Redistricting

For professional services rendered through March 5, 2012:

     **BALANCE FOR THIS INVOICE DUE BY 3/26/2012**     $     **4,503.57**

## Remittance Copy
Please include this page with payment

### Firm Contact Information

John Danielsen
(202) 861-1500
jdanielsen@bakerlaw.com

**Invoice No: 1446736**

---

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A., Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | SWIFT Code: KEYBUS33 |
| Reference Invoice No: 1446736 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

**Regarding:** Maine Redistricting

Matter Number: 091704.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Udyogi A. Hangawatte | 11.50 | $ 390.00 | $ 4,485.00 |
| **Total** | **11.50** | | **$ 4,485.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 2/27/12 | Udyogi A. Hangawatte | Research case law regarding collecting attorneys fees from Intervenors in preparation for drafting Reply to Defendants' and Intervenors' opposition to Plaintiffs' motion for attorneys fees. | 3.00 |
| 3/2/12 | Udyogi A. Hangawatte | Research case law regarding collecting fees from intervenors and out-of-state attorney fee rates in preparation for drafting Reply to Defendants' and Intervenor's Opposition Motions to Motion for Attorney Fees and Costs. | 2.50 |
| 3/2/12 | Udyogi A. Hangawatte | Draft Reply to Defendants' and Intervenor's Opposition Motions to Motion for Attorney Fees and Costs; Discuss same with Mr. Braden; Revise same. | 6.00 |
| | | **Total** | **11.50** |