

**EXHIBIT B**

P.O. Box 1210, Bangor, Maine 04402-1210
207-947-0111   fax 207-942-3040
www.eatonpeabody.com

Acct. No. 30892.1

Lawyer Democracy Fund
c/o Michael Thielen
6656 Debra LuWay
Springfield, VA  22150

December 6, 2011

Invoice 337295
Page 1

TCW

I.D. #01-0373027

For Services Through November 30, 2011

Matter: Redistricting Lawsuit v. State of Maine, et al.

| Date | Tmkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/11 | TCW | Telephone call to William Desena re: status of case, near completion, remaining steps, nature of decision | 0.50 | $295.00 | $147.50 |
| 11/22/11 | TCW | Review District of Maine court decisions on attorney fee motions in civil rights cases. | 2.20 | $295.00 | $649.00 |
| 11/22/11 | TCW | Review motion for attorney fees and attachments, Sullivan v. City of Augusta | 1.00 | $295.00 | $295.00 |
| 11/23/11 | TCW | Redraft Motion for attorney fees | 0.50 | $295.00 | $147.50 |
| 11/28/11 | TCW | Review e-mail from Jennifer Walrath re: status of motion; Further revision to motion for attorney fees; Forward revised motion to J. Walrath with comments and questions | 0.80 | $295.00 | $236.00 |
| 11/29/11 | TCW | Review e-mail from Jennifer Walrath re: status of attorney fees; Respond to J. Walrath re: filing deadline | 0.20 | $295.00 | $59.00 |
| 11/30/11 | TCW | Receipt and initial review of revised pleadings from Jennifer Walrath; Review e-mail from C. Bensen; Respond to C. Bensen | 0.30 | $295.00 | $88.50 |

$1,622.50

*Payment Due Upon Receipt*
Late Charge of 1-1/2% per Month on Accounts Overdue 30 Days.



P.O. Box 1210, Bangor, Maine 04402-1210
207-947-0111   fax 207-942-3040
www.eatonpeabody.com

Acct. No. 30892.1                                                                                     December 6, 2011

Lawyer Democracy Fund                                                                  Invoice 337295
c/o Michael Thielen                                                                            Page 2
6656 Debra LuWay
Springfield, VA  22150                                                                       TCW

                                                                                                          I.D. #01-0373027

### Summary of Fees

| Timekeeper | | Rate | Dollars |
|---|---|---|---|
| TCW | 5.50 | 295.00 | $1,622.50 |
|  | 5.50 |  | $1,622.50 |

                                                                                                          **$1,622.50**

Open Invoices for this Matter

| Invoice | Date | Balance |
|---|---|---|
| 320021 | 04/28/11 | $8,587.50 |
| 321544 | 06/06/11 | $9,511.66 |
| 331874 | 07/12/11 | $11,658.66 |
| 332845 | 08/05/11 | $2,261.00 |
| 334290 | 09/15/11 | $4,032.32 |
| 335587 | 10/20/11 | $383.50 |
| 336119 | 11/07/11 | $767.00 |

              MATTER BALANCE BROUGHT FORWARD                              $37,201.64
                                                                                                      _____
                                                                                                          **$38,824.14**

*Payment Due Upon Receipt*
Late Charge of 1-1/2% per Month on Accounts Overdue 30 Days.



P.O. Box 1210, Bangor, Maine 04402-1210
207-947-0111   fax 207-942-3040
www.eatonpeabody.com

Acct. No. 30892.1

Lawyer Democracy Fund
c/o Michael Thielen
6656 Debra LuWay
Springfield, VA  22150

December 6, 2011

Invoice 337295
Page 3
TCW

I.D. #01-0373027

**REMITTANCE PAGE**

$1,622.50

MATTER BALANCE BROUGHT FORWARD      37,201.64

------------------------
$38,824.14

**Pay your bill online at eatonpeabody.com/billpay**

Please Return This Page With Your Remittance

*Payment Due Upon Receipt*
Late Charge of 1-1/2% per Month on Accounts Overdue 30 Days.



P.O. Box 1210, Bangor, Maine 04402-1210
207-947-0111   fax 207-942-3040
www.eatonpeabody.com

Acct. No. 30892.1                                              January 18, 2012

Lawyer Democracy Fund                                          Invoice 338692
c/o Michael Thielen                                            Page 1
6656 Debra LuWay
Springfield, VA  22150                                         TCW

                                                               I.D. #01-0373027

For Services Through December 31, 2011

Matter:     Redistricting Lawsuit v. State of Maine, et al.

| Date | Tmkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/14/11 | TCW | Review e-mail of Jennifer Walrath with billing from Clark Bensen; Respond to J. Walrath re: Acknowledgment | 0.20 | $295.00 | $59.00 |
| 12/01/11 | TCW | Telephone call from Paul Stern re: filing of motion for attorney fees. | 0.40 | $295.00 | $118.00 |
| 12/01/11 | TCW | Review materials from Jennifer Walrath re: revisions to motion for attorney fees; E-mail to J. Walrath re: review of revised affidavit and motion; Draft affidavit for TCW for submission in support of motion for attorney fees; Review CV of Clark Bensen; further revision to affidavit of TCW | 2.00 | $295.00 | $590.00 |
| 12/01/11 | TCW | Finalize affidavit, exhibits, motion with incorporated memorandum | 1.00 | $295.00 | $295.00 |
| 12/01/11 | LAW | Finalize motion for attorney fees; prepare exhibits to Braden Affidavit; conform to PDF for filing; draft TCW affidavit; prepare exhibits to TCW affidavit; confirm to PDF for filing; filing of motion for attorney fees and affidavits with USDC | 3.20 | $95.00 | $304.00 |
| 12/12/11 | TCW | Review e-mail from Paul Stern re: request for enlargement of time to respond to motion for attorney fees; Respond to P. Stern re: agreement to enlargement of time; E-mail to DC attorneys re: State request for enlargement of time and agreement to request; Review e-mail from Janet | 0.30 | $295.00 | $88.50 |

*Payment Due Upon Receipt*
Late Charge of 1-1/2% per Month on Accounts Overdue 30 Days.



P.O. Box 1210, Bangor, Maine 04402-1210
207-947-0111  fax 207-942-3040
www.eatonpeabody.com

Acct. No. 30892.1

Lawyer Democracy Fund
c/o Michael Thielen
6656 Debra LuWay
Springfield, VA  22150

January 18, 2012

Invoice 338692

Page 2

TCW

I.D. #01-0373027

Mills re: enlargement of time; Respond to J. Mills re: receipt and acknowledgment

Total Fees for Professional Services     $1,454.50

### Summary of Fees

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| LAW | 3.20 | 95.00 | $304.00 |
| TCW | 3.90 | 295.00 | $1,150.50 |
| Total | 7.10 | | $1,454.50 |

**CURRENT BILLING FOR THIS MATTER**     **$1,454.50**

Open Invoices for this Matter

| Invoice | Date | Balance |
|---|---|---|
| 320021 | 04/28/11 | $8,587.50 |
| 321544 | 06/06/11 | $9,511.66 |
| 331874 | 07/12/11 | $11,658.66 |
| 332845 | 08/05/11 | $2,261.00 |
| 334290 | 09/15/11 | $4,032.32 |
| 335587 | 10/20/11 | $383.50 |
| 336119 | 11/07/11 | $767.00 |
| 337295 | 12/06/11 | $1,622.50 |

MATTER BALANCE BROUGHT FORWARD     $38,824.14

*Payment Due Upon Receipt*
Late Charge of 1-1/2% per Month on Accounts Overdue 30 Days.



P.O. Box 1210, Bangor, Maine 04402-1210
207-947-0111   fax 207-942-3040
www.eatonpeabody.com

Acct. No. 30892.1

Lawyer Democracy Fund
c/o Michael Thielen
6656 Debra LuWay
Springfield, VA  22150

January 18, 2012

Invoice 338692
Page 3
TCW

I.D. #01-0373027

**TOTAL DUE FOR THIS MATTER**                                   **$40,278.64**

*Payment Due Upon Receipt*
Late Charge of 1-1/2% per Month on Accounts Overdue 30 Days.



P.O. Box 1210, Bangor, Maine 04402-1210
207-947-0111   fax 207-942-3040
www.eatonpeabody.com

Acct. No. 30892.1

Lawyer Democracy Fund
c/o Michael Thielen
6656 Debra LuWay
Springfield, VA  22150

January 18, 2012

Invoice 338692
Page 4
TCW

I.D. #01-0373027

**REMITTANCE PAGE**

| | |
|---|---|
| **CURRENT BILLING FOR THIS MATTER** | **$1,454.50** |
| MATTER BALANCE BROUGHT FORWARD | 38,824.14 |
| | ------------------------ |
| **TOTAL DUE FOR THIS MATTER** | **$40,278.64** |

**Pay your bill online at eatonpeabody.com/billpay**

Please Return This Page With Your Remittance

*Payment Due Upon Receipt*
Late Charge of 1-1/2% per Month on Accounts Overdue 30 Days.



P.O. Box 1210, Bangor, Maine 04402-1210
207-947-0111   fax 207-942-3040
www.eatonpeabody.com

Acct. No. 30892.1                                                                                      February 14, 2012

Lawyer Democracy Fund                                                                Invoice 339677
c/o Michael Thielen                                                                        Page 1
6656 Debra LuWay
Springfield, VA  22150                                                                  TCW

I.D. #01-0373027

For Services Through January 31, 2012

Matter:     Redistricting Lawsuit v. State of Maine, et al.

| Date | Tmkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/23/12 | TCW | Review e-mail from P. Gardiner re: agreement to page limit; Respond to P. Gardiner re: agreement | 0.10 | $290.00 | $29.00 |
| 01/27/12 | LAW | Draft motion for enlargement of time to file reply to opposition to motion for attorney fees | 0.30 | $105.00 | $31.50 |
| 01/30/12 | LAW | Finalize motion for enlargement of time and conform for filing; file Unopposed Motion for Enlargement of Time with US District Court | 0.30 | $105.00 | $31.50 |

                                           Total Fees for Professional Services                      $92.00

Summary of Fees

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| LAW | 0.60 | 105.00 | $63.00 |
| TCW | 0.10 | 290.00 | $29.00 |
| Total | 0.70 | | $92.00 |

**CURRENT BILLING FOR THIS MATTER**                                                        $92.00

*Payment Due Upon Receipt*
Late Charge of 1-1/2% per Month on Accounts Overdue 30 Days.



P.O. Box 1210, Bangor, Maine 04402-1210
207-947-0111   fax 207-942-3040
www.eatonpeabody.com

Acct. No. 30892.1

Lawyer Democracy Fund
c/o Michael Thielen
6656 Debra LuWay
Springfield, VA  22150

February 14, 2012

Invoice 339677
Page 2
TCW

I.D. #01-0373027

Open Invoices for this Matter

| Invoice | Date | Balance |
|---|---|---|
| 320021 | 04/28/11 | $8,587.50 |
| 321544 | 06/06/11 | $9,511.66 |
| 331874 | 07/12/11 | $11,658.66 |
| 332845 | 08/05/11 | $2,261.00 |
| 334290 | 09/15/11 | $4,032.32 |
| 335587 | 10/20/11 | $383.50 |
| 336119 | 11/07/11 | $767.00 |
| 337295 | 12/06/11 | $1,622.50 |
| 338692 | 01/18/12 | $1,454.50 |

MATTER BALANCE BROUGHT FORWARD     $40,278.64

**TOTAL DUE FOR THIS MATTER**     **$40,370.64**

*Payment Due Upon Receipt*
Late Charge of 1-1/2% per Month on Accounts Overdue 30 Days.



P.O. Box 1210, Bangor, Maine 04402-1210
207-947-0111  fax 207-942-3040
www.eatonpeabody.com

Acct. No. 30892.1

Lawyer Democracy Fund
c/o Michael Thielen
6656 Debra LuWay
Springfield, VA  22150

February 14, 2012

Invoice 339677
Page 3
TCW

I.D. #01-0373027

**REMITTANCE PAGE**

| | |
|---|---|
| **CURRENT BILLING FOR THIS MATTER** | **$92.00** |
| MATTER BALANCE BROUGHT FORWARD | 40,278.64 |
| | ------------------------ |
| **TOTAL DUE FOR THIS MATTER** | **$40,370.64** |

**Pay your bill online at eatonpeabody.com/billpay**

Please Return This Page With Your Remittance

*Payment Due Upon Receipt*
Late Charge of 1-1/2% per Month on Accounts Overdue 30 Days.



Eaton Peabody
ATTORNEYS AT LAW

P.O. Box 1210, Bangor, Maine 04402-1210
207-947-0111   fax 207-942-3040
www.eatonpeabody.com

Acct. No. 30892.1

Lawyer Democracy Fund
c/o Michael Thielen
6656 Debra LuWay
Springfield, VA  22150

March 6, 2012

Invoice 340353
Page 1

TCW

I.D. #01-0373027

For Services Through March 6, 2012

Matter: Redistricting Lawsuit v. State of Maine, et al.

| Date | Tmkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/12 | TCW | E-mail to Baker, Hostetler re: status of Reply Brief; Review response from Udyogi Hannawatte re: status, timing | 0.10 | $290.00 | $29.00 |
| 03/05/12 | TCW | Review draft reply brief from Baker Hostetler | 1.00 | $290.00 | $290.00 |
| 03/05/12 | TCW | Review Decision of June 21, 2011; procedural orders of June 22, 2011 and July 7, 2011; review final judgment of November 1, 2011; draft portion of reply brief addressing commission meetings and related proceedings | 1.90 | $290.00 | $551.00 |

Total Fees for Professional Services         $870.00

Summary of Fees

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| TCW | 3.00 | 290.00 | $870.00 |
| Total | 3.00 |  | $870.00 |

**CURRENT BILLING FOR THIS MATTER**         $870.00

*Payment Due Upon Receipt*
Late Charge of 1-1/2% per Month on Accounts Overdue 30 Days.



P.O. Box 1210, Bangor, Maine 04402-1210
207-947-0111   fax 207-942-3040
www.eatonpeabody.com

Acct. No. 30892.1

Lawyer Democracy Fund
c/o Michael Thielen
6656 Debra LuWay
Springfield, VA  22150

March 6, 2012

Invoice 340353

Page 2

TCW

I.D. #01-0373027

Open Invoices for this Matter

| Invoice | Date | Balance |
|---|---|---|
| 320021 | 04/28/11 | $8,587.50 |
| 321544 | 06/06/11 | $9,511.66 |
| 331874 | 07/12/11 | $11,658.66 |
| 332845 | 08/05/11 | $2,261.00 |
| 334290 | 09/15/11 | $4,032.32 |
| 335587 | 10/20/11 | $383.50 |
| 336119 | 11/07/11 | $767.00 |
| 337295 | 12/06/11 | $1,622.50 |
| 338692 | 01/18/12 | $1,454.50 |
| 339677 | 02/14/12 | $92.00 |

MATTER BALANCE BROUGHT FORWARD                         $40,370.64

**TOTAL DUE FOR THIS MATTER**                          **$41,240.64**

*Payment Due Upon Receipt*
Late Charge of 1-1/2% per Month on Accounts Overdue 30 Days.



P.O. Box 1210, Bangor, Maine 04402-1210
207-947-0111   fax 207-942-3040
www.eatonpeabody.com

Acct. No. 30892.1

Lawyer Democracy Fund
c/o Michael Thielen
6656 Debra LuWay
Springfield, VA  22150

March 6, 2012

Invoice 340353
Page 3
TCW

I.D. #01-0373027

**REMITTANCE PAGE**

| | |
|---|---|
| **CURRENT BILLING FOR THIS MATTER** | **$870.00** |
| MATTER BALANCE BROUGHT FORWARD | 40,370.64 |
| | ------------------------ |
| **TOTAL DUE FOR THIS MATTER** | **$41,240.64** |

**Pay your bill online at eatonpeabody.com/billpay**

Please Return This Page With Your Remittance

*Payment Due Upon Receipt*
Late Charge of 1-1/2% per Month on Accounts Overdue 30 Days.